# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO SALINAS,<br><br>        Plaintiff,<br><br>   v.<br><br>ORTIZ, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-cv-00519-OWW-NEW (DLB) PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PROSECUTE<br><br>(Docs. 9 and 10) |

Plaintiff Ernesto Salinas ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 4, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within eleven days. Plaintiff did not file a timely Objection to the Findings and Recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

---

[1] The United States Postal Service returned the Findings and Recommendations on June 14, 2007, as undeliverable. A notation on the envelope states that plaintiff is deceased. However, service is deemed effective under Local Rule 83-182(f).

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    The Findings and Recommendations, filed June 4, 2007, is adopted in full; and

3    2.    This action is dismissed, without prejudice, for failure to prosecute.

IT IS SO ORDERED.

**Dated:    July 21, 2007**                              **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE